**Dated: May 9, 2018**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

Joseph Paul Fanning

SSN:   XXX-XX-6562

Case No. 18-11163-JDL
Chapter 13

**ORDER TO EMPLOYER TO PAY TRUSTEE**

The above-named debtor has filed a Petition under Chapter 13 of the Bankruptcy Code and has submitted future income to the jurisdiction of this Court.

IT IS THEREFORE ORDERED that until further notice of this Court, or the Trustee, the entity from whom the debtor receives income:

ALLIANCE MECHANICAL
ATTN:PAYROLL
1544 SE 39TH ST
OKLAHOMA CITY, OK 73129

shall deduct from said income the sum of $159.12 WEEKLY beginning on the day following receipt of this Order, and shall deduct a similar amount WEEKLY and shall remit the deducted sums IMMEDIATELY after each pay period to:

John Hardeman
CHAPTER 13 TRUSTEE
PO BOX 613309
MEMPHIS, TN 38101-3309

IT IS FURTHER ORDERED that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, mandatory pension, union dues, repayment of pension loans, or as a result of another Order of this Court, be paid to the debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that no deductions for account of a garnishment, wage assignment, or other purpose not specifically authorized by this Court can be made from the income of said debtor. However, the withholding of funds for the payment of a domestic support obligation pursuant to an Order or a statute directing such withholding is specifically authorized by this Court.

IT IS FURTHER ORDERED that this Order supercedes previous Orders directing payment of a fixed sum from the pay of the debtor.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to notify the above-mentioned employer with any payroll deduction changes that may occur throughout the remainder of this Chapter 13 case, or to terminate this Order upon debtor being no longer under Chapter 13, or for appropriate cause.

APPROVED FOR ENTRY:

s/John Hardeman
_____

John Hardeman, Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel:  (405) 236-4843
Fax: (405) 236-1004

TM